Daniel C. Girard (State Bar No. 114826)
Eric H. Gibbs (State Bar No. 178658)
Adam E. Polk (State Bar No. 273000)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
Email: dcg@girardgibbs.com
Email: aep@girardgibbs.com

*Attorneys for Individual and Representative*
*Plaintiff Linda Boss*

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BOSS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION and TARGET BRANDS, INC., <br><br> Defendants. | Case No. 4:15-cv-00855-YGR <br><br> <u>CLASS ACTION</u> <br><br> ~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF BOSS'S ADMINISTRATIVE MOTION TO RELATE CASES** <br><br> L.R. 3-12, 7-11 <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> This document relates to: <br><br> Case No. 5:15-cv-00559-EJD <br><br> The Honorable Edward J. Davila |
| PAUL DE LA TORRE and JOSHUA OGDEN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TARGET CORPORATION and TARGET BRANDS, INC., <br><br> Defendants. | |

| | |
|---|---|
| MELANIE BARBER, on behalf of herself, all others similarly situated and the general public, | Case No. 4:15-cv-00568-JSW |
| | The Honorable Jeffrey S. White |
|        Plaintiff, | |
|   vs. | |
| TARGET CORPORATION, a Minnesota Corporation, | |
|        Defendant. | |

| | |
|---|---|
| MARY FARRELL, on behalf of herself and others similarly situated, | Case No. 3:15-cv-00635-MMC |
| | The Honorable Maxine M. Chesney |
|        Plaintiffs, | |
|   vs. | |
| TARGET CORPORATION, | |
|        Defendant. | |

1    This matter comes before the Court on Plaintiff Linda Boss's Administrative Motion to Consider

2    Whether Cases Should Be Related, which no party opposes and which Plaintiffs Linda Boss, Melanie

3    Barber, and Mary Farrell support.  Upon consideration of Plaintiff Boss's Motion, all other papers

4    submitted in support thereof, and for good cause shown, the Court hereby GRANTS Plaintiff Boss's

5    Motion.

6    IT IS SO ORDERED that the putative class actions entitled *Boss v. Target Corp., et al.*, Case

7    Number 4:15-cv-00855-YGR, *Barber v. Target Corp.*, Case Number 4:15-cv-00568-JSW, and *Farrell v.*

8    *Target Corp.*, Case Number 3:15-cv-00635-MMC are related to *De La Torre, et al. v. Target Corp., et*

9    *al.*, Case Number 5:15-cv-00559-EJD.   The Clerk shall reassign all cases to undersigned.

10

11   Dated: _____April 7, 2015_____                    _____

12                                                          HONORABLE EDWARD J. DAVILA
                                                            UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF BOSS'
ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. 4:15-cv-00855-YGR