**Fw: Transferred case has been opened**
ECFHELPDESK     to: Cindy Hernandez                              06/15/2015 01:43 PM

From:      ECFHELPDESK/CAND/09/USCOURTS
To:        Cindy Hernandez/CAND/09/USCOURTS@USCOURTS

5:15-cv-00559 EJD

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

----- Forwarded by ECFHELPDESK/CAND/09/USCOURTS on 06/15/2015 01:42 PM -----

From:      usdc_ecf_ilnd@ilnd.uscourts.gov
To:        InterdistrictTransfer_CAND@cand.uscourts.gov
Date:      06/15/2015 12:55 PM
Subject:   Transferred case has been opened

```
CASE: 5:15-cv-00559

DETAILS: Case transferred from California Northern
has been opened in Northern District of Illinois - CM/ECF LIVE, Ver 6,1
as case 1:15-cv-05114, filed 06/12/2015.
```